IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In Re:<br><br>IMMIGRATION CASES against U.S. CITIZENSHIP AND IMMIGRATION SERVICES, and UR JADDOU, Director;<br><br>Defendants. | 4:21CV3199<br>4:21CV3202<br>4:21CV3203<br>4:21CV3208<br>4:21CV3212<br>4:21CV3214<br>4:21CV3217<br>4:21CV3220<br>4:21CV3222<br>4:21CV3224<br>4:21CV3227<br>4:21CV3232<br>4:21CV3236<br>4:21CV3240<br>4:21CV3241<br>4:21CV3243<br>4:21CV3246<br>4:21CV3250<br>4:21CV3251<br>4:21CV3252<br>4:21CV3256<br>4:21CV3257<br>4:21CV3264<br>4:21CV3269<br>4:21CV3273<br><br>**ORDER** |

**IT IS ORDERED** that the Notice of Substitution of Counsel in each of the above-captioned cases is granted. Lynnett M. Wagner, Assistant United States Attorney, is substituted as counsel for the Defendants in the above-captioned cases. Vickie E. LeDuc, Assistant United States Attorney, and Sarah Lake Vuong, Senior Litigation Counsel, are terminated as counsel of record for Defendants and shall no longer receive notice in these cases.

Dated this 5th day of October, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge